

**STEIN | SAKS, PLLC**

YAAKOV SAKS ▲*
JUDAH STEIN ▲
RAPHAEL DEUTSCH ^
RACHEL DRAKE ■
DAVID FORCE ▲

▲ NJ & NY Bar Admissions
^ CT & NJ Bar Admissions
■ NJ Bar Admission
*Federal Court Bar Admissions
CO, TX, WI, MO, NE, NM, IL, ND, MI, CT, AR, TN

285 Passaic Street, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

November 3, 2020

**Via CM/ECF**
The Honorable John G. Koeltl
United States District Court
Southern District of New York

Re: **Williams vs Noah Clothin LLC**
Case #: 1:20-cv-04797-JGK

Dear Judge Koeltl:

*[Handwritten note: The 11/4/20 conference is canceled. The plaintiff should file an order to show cause for a default judgment by 11/23/20. So Ordered. /s/ G Koeltl U.S.D.J. 11/4/20]*

We represent the plaintiff in the above matter. We write to respectfully request that the initial conference currently scheduled for November 4, 2020 at 11:30am be adjourned. The Defendant is in default and has not made contact at all with Plaintiff.

This is the first request for an adjournment. The Plaintiff will file for default within 45 days.

We thank Your Honor and the Court for its kind considerations and courtesies.

Respectfully submitted,

*s/ David Force*
David Force, Esq.

cc:   All Counsel of Record via ECF